UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Petitioner,                                           Case No. 3:18-cv-248

vs.

BRENDA S. GEARHEARDT,                  District Judge Thomas M. Rose
                                                                  Magistrate Judge Michael J. Newman

    Respondent.

---

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS (DOC. 5) AND TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

      This is a civil case in which the Government has petitioned the Court to enforce a summons issued by the Internal Revenue Service ("IRS") and served upon Respondent. Doc. 1. The Government moves to dismiss this action because Respondent has now complied with the IRS summons at issue. Doc. 5. For good cause shown, Petitioner's motion to dismiss is **GRANTED** and this case is **TERMINATED** on the Court's docket.

      **IT IS SO ORDERED.**


Date:  September 10, 2018                                 *s/Thomas M. Rose
                                                                                Thomas M. Rose
                                                                                United States District Judge